IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03-14 |
| | ) [ELECTRONICALLY FILED] |
| TIMOTHY MILTON VALES | ) |

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Timothy Milton Vales, Inmate No. GE 5144, Year of Birth: 1963, African American, Male.

2. Detained by: State Correctional Institution - Rockview, P.O. Box A, Bellefonte, Pennsylvania 16823.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 1344(1).

4. Detainee is presently confined in the State Correctional Institution - Rockview, Bellefonte, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for re-sentencing at Pittsburgh, Pennsylvania on April 28, 2006, at 2:30 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Superintendent of the State Correctional Institution - Rockview, Bellefonte, Pennsylvania, has no objection to the granting of this petition.

/s/ Luke E. Dembosky
LUKE E. DEMBOSKY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412/894-7350
412/894-7311 (Fax)
Luke.Dembosky@usdoj.gov
PA ID No. 75596

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced proceeding, said detainee shall be returned to the above-named custodian.

3/21/06
DATE

UNITED STATES DISTRICT JUDGE

cc: United States Attorney