Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
# For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Timothy Milton Vales        Docket No. 03-00014-001

Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Timothy Milton Vales, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 6th day of July 2006, who fixed the period of supervision at 5 years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay $100 special assessment.
- Pay $20,778.29 restitution through monthly installments of at least 10% of his gross monthly income.
- Provide probation with access to requested financial information.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Shall undergo a mental health evaluation and, if recommended, participate in a program of mental health.

07/06/2006:    Bank Fraud; 27 months' imprisonment and 5 years' supervised release.
03/18/2009:    Released to supervision; currently supervised by USPO Tracey J. Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your petitioner reports that the defendant has violated the following condition of his supervision:

**Shall not commit another Federal, state, or local crime.**

The defendant was arrested by the City of Pittsburgh Police on November 15, 2010, on charges of Forgery and Bad Checks.

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at Allegheny County Jail.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this 16th day of Nov., 2010 and ordered filed and made a part of the records in the above case.

_____
Chief U.S. District Judge

Executed on _November 15, 2010_

_____
Tracey J. Begonia
U.S. Probation Officer

_____
Michael DiBiasi
Supervising U.S. Probation Officer

Place:    Pittsburgh, PA